OPINION — AG — ** BOND INDEBTEDNESS — SCHOOL BOARD ** THE AG ANALYZING AND CONSTRUING 70 O.S. 7-3 [70-7-3] (SCHOOL DISTRICT UNDER THE PROVISIONS OF THE SAME ARTICLE, EACH WOULD ASSUME ITS FULL PROPORTION OF THE BONDED INDEBTEDNESS OF THE OTHER AND ALSO DEALT WITH SITUATIONS WHERE A DISTRICT ANNEXED TO ANOTHER DID NOT HAVE ANY BONDED INDEBTEDNESS AT THE TIME OF THE ANNEXATION) CITE: 70 O.S. 7-3 [70-7-3], 75 O.S. 23 [75-23] (J. H. JOHNSON)